Jeremy Pasternak, State Bar No. 181618
Deanna L. Maxfield, State Bar No. 291913
Law Offices of Jeremy Pasternak
354 Pine Street, 5th Floor
San Francisco, California 94104
Tel:    (415) 693-0300
Fax:    (415) 693-0393
Email: jdp@pasternaklaw.com
         dm@pasternaklaw.com

Attorneys for Plaintiff
BRITTNEY BLANCO

Thomas F. Bertrand, State Bar No. 056560
Ethan M. Lowry, State Bar No. 278831
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     tbertrand@bfesf.com
           elowry@bfesf.com

Attorneys for Defendant
CITY OF ANTIOCH
(erroneously also named as ANTIOCH POLICE DEPARTMENT)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY BLANCO,<br><br>   Plaintiff,<br><br>v.<br><br>ANTIOCH POLICE DEPARTMENT; CITY OF ANTIOCH; and Does 1-20, inclusive,<br><br>   Defendants. | Case No. 3:20-cv-02764-TSH<br><br>**JOINT STATUS REPORT**<br><br><br><br><br><br>**Hon. Thomas S. Hixson** |

Pursuant to the Court's February 9, 2021 Order (ECF. No. 28), plaintiff BRITTNEY BLANCO and defendant CITY OF ANTIOCH ("CITY") file this joint status report.

The parties attended mediation with Otis McGee, Jr., Esq. on January 22, 2021. The matter did not settle, and the parties are conducting further discovery.

Dated:  February 22, 2021                                  LAW OFFICES OF JEREMY PASTERNAK


By:   */s/ Deanna L. Maxfield*
         Jeremy Pasternak
         Deanna L. Maxfield
         Attorneys for Plaintiff
         BRITTNEY BLANCO


Dated:  February 22, 2021                                  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:   */s/ Ethan M. Lowry*
         Thomas F. Bertrand
         Ethan M. Lowry
         Attorneys for Defendant
         CITY OF ANTIOCH

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.


Dated: February 22, 2021                         By:   */s/ Ethan M. Lowry*
                                                                  Ethan M. Lowry